## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Crim. No.  5:10-CR-131-1FL

JAMES MEEKS

      On April 3, 2012, the above named was placed on supervised release for a period of 36 months.  The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,


 /s/ Robert L. Thornton
Robert L. Thornton
Probation Officer


### ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this____1st_____ day of __October_____, 2014.


_____
Louise W. Flanagan
U.S. District Judge